UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ULYSSES FRANKLIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C05-801-JLR<br><br><br>ORDER |

  Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplement Security Income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

- Further evaluate the nature and severity of Plaintiff's mental impairment(s) and make a finding regarding the severity limitations in each of the functional areas (activities of daily living; social functioning; concentration, persistence, or pace; and episodes of decompensation) with citation to the evidence of record;

- Explain the weight given to the opinions and medical evidence of Plaintiff's treating

Page 1 ORDER - [C05-801-JLR]

physicians, including Gerald Cavenee, Ph.D., and Karen Johnston, M.D.;

- Consider Plaintiff's need for the use of a cane and its impact on his ability to perform work-related activities;
- In accordance with SSR 96-7p, 20 C.F.R. § 404.929, 20 C.F.R. § 404.950(a), and Goldberg v. Kelly, 387 U.S. 254 (1970), allow Plaintiff to present lay witness testimony in support of his claim, including the testimony of Ester Lockett;
- Determine whether Plaintiff's impairments have improved and whether that improvement related to Plaintiff's ability to perform work pursuant to the eight-step medical improvement regulation (20 C.F.R. § 404.1594).

DATED this 7th day of November, 2005.

s/James L. Robart

JAMES L. ROBART
United States District Judge

Recommended for Entry this
2d day of November, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2  ORDER - [C05-801-JLR]